No. 64601.—Fastening Devices, Inc., et al. v. United States, protests 58/3669, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of studs and nails similar in all material respects to those the subject of *Fastening Devices, Inc., et al.* v. *United States* (40 Cust. Ct. 345, C.D. 2004), the merchandise was held dutiable as follows: (1) The items marked "A" at two-tenths of 1 cent per pound under the provision in paragraph 331, as modified by T.D. 51802, for nails, made of iron or steel wire, not less than 1 inch in length nor smaller than sixty-five one-thousandths of 1 inch in diameter; and (2) the items marked "B" at 15 percent under the provision in paragraph 332, as modified, *supra*, for machined studs.

BEFORE THE THIRD DIVISION, SEPTEMBER 29, 1960

No. 64602.—John H. Faunce Philadelphia, Inc. v. United States, protests 326326–K, 326327–K, and 329252–K (Philadelphia).

Opinion by DONLON, J. The protests were dismissed.